**FILED**

NOV - 3 2006

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*Ms. Kareemah Yasmina Bell*
ATTN: Mrs. HELEN BELL *(mailing address)*
3901 71ST Avenue
Landover Hills, MD 20784

VS.

Mrs. Stacie Bell
Manager of Studio 121
Nordstrom
8075 Tyson Corner Center
McLean, VA 22102

CASE NUMBER 1:06CV01883

JUDGE: Unassigned

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 11/03/2006

## COMPLAINT

August 1999, I was hired as a Concierge part-time in the evening and weekends for the Concierge Department under Mrs. Julia Orlogus, Manager of Customer Service. I was referred to this position by Mr. Gus Orlogus, Project Manager for Global Management Systems Incorporated located in Washington, DC. Mr. Orlogus was my supervisor at my full-time job. I resigned from Nordstrom after approximately nine months to return to night school.

June 2005, I reapplied with Nordstrom, the only position the store had available was a stock position in Studio 121, under Mrs. Stacie Bell. Mrs. Bell informed me that her husband worked in the Lost Prevention Department for Nordstrom. I asked Mrs. Bell if I could be taken off the schedule because of a personal crisis. She informed me that Nordstrom was preparing for their Half-Yearly Sale and the store needed me to be in the stock room. I resigned from my position as a stock person in Studio 121 Department, under Mrs. Bell after working only one week.

I reapplied for several positions throughout the United States at Nordstrom; I was informed verbally by the Customer Service Department located in Arlington, Virginia that Mrs. Stacie Bell would not gave me a positive reference for my rehire with nothing negative in my employee folder. I am homeless and unemployed do to unsuccessful employment. I have been through mental and physical distress.

ATTN: Mrs. HELEN BELL
3901 71ST Avenue
Landover Hills, MD 20784
*Kareemah Y. Bell*
*Kareemah Y. Bell*

RECEIVED

OCT 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Washington Field Office**

1801 L Street, N.W., Suite 100
Washington, D.C. 20507
(202) 419-0700
TTY (202) 419-0702
FAX (202) 419-0701 & 0739

**SEP 2 1 2006**

Ms. Kareemah Y. Bell
Attn: HELEN BELL
3901 71st Ave.
Landover Hills, MD 20784

RE:     Kareemah Bell vs. Nordstroms @ Pentagon City
        Charge Number 570-2006-00630

Dear Ms. Bell:

The EEOC has concluded its inquiry into your allegations of discrimination. Our charge handling procedures and enforcement plan call for us to focus on those cases that are most likely to result in findings of violations of the laws we enforce. Our review of the evidence fails to indicate that a violation has occurred and it is not likely that additional investigation will result in our finding a violation.

You allege that you were discriminated against due to your race in that Nordstroms refused to rehire you after you resigned your position with them in June 2005. The evidence you presented indicates that you were hired by Nordstroms on two separate occasions prior to June 2005. In the first position you held with them, you resigned after nine months. In the second position you held with them, you resigned one week after you asked to be removed from the schedule and Nordstroms refused because they stated that they needed you in the stockroom. Therefore, it is unlikely that race factored into their hiring decision since they had hired you previously on two separate occasions.

Your "Dismissal and Notice of Rights" is enclosed. The Determination is final. If you wish to pursue the charge on your own, you may file a lawsuit in Federal District Court using the enclosed Notice. Your lawsuit must be filed within 90 days of receipt of this Notice, otherwise, your right to sue based on this charge will be lost.

Sincerely,

*Janet A. Stump*

Janet A. Stump
Supervisory Investigator

Enclosure

06 1883

**FILED**

NOV - 3 2006

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Washington Field Office**

1801 L Street, N.W., Suite 100
Washington, D.C. 20507
(202) 419-0700
TTY (202) 419-0702
FAX (202) 419-0701 & 0739

September 27, 2006

Kareemah Yasmina Bell-Boston
P.O. Box 34182
Washington, DC 20043

RE:   Kareemah Bell vs. Nordstroms
      Charge Number 570-2006-00630

Dear Ms. Bell-Boston:

Your "Dismissal and Notice of Rights" was mailed to your former address. Please accept our apologies. Enclosed is a copy of the Dismissal and Notice of Rights that was mailed to your former address around September 21, 2006. Please note that this is not a reissued Dismissal and Notice of Rights, but rather, it is a copy of the one that was issued on September 21, 2006. Your 90 day period to file suit has not been extended.

Sincerely,

*Janet a Stump*

Janet A. Stump
Enforcement Supervisor

Enclosures

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Kareemah Y. Bell<br>3901 71st Ave.<br>Landover Hills, MD 20784 | From: Washington Field Office - 570<br>1801 L Street, N.W.<br>Suite 100<br>Washington, DC 20507 |
|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 570-2006-00630 | Janet Stump,<br>Enforcement Supervisor | (202) 419-0700 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

_A. Tonya Dowskya_
**Dana Hutter,**
**Director**

9/21/06
(Date Mailed)

cc: James Nordstrom
President
NORDSTROM'S
1501 Fifth Ave.
Seattle, WA 98101

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit before 7/1/02 – *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*